# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Carol Evangelista,
        Petitioner

V.

United States of America,
        Respondent

CIVIL ACTION

NO.   04-40143-NMG

## ORDER OF DISMISSAL

Gorton,   D. J.

In accordance with the Court's Memorandum and Order dated   10/27/05   denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Docket No. 1), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

11/29/05
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismissal Memo.wpd - 12/98)